# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM BALLOU and JOAN WILLIAMSON, <br><br> Plaintiffs, <br> v. <br><br> ASSET MARKETING SERVICES, LLC, <br> d/b/a GOVMINT.COM, <br><br> Defendant. | Case No. 0:21-cv-00694-SRN-ECW <br><br> Judge Susan Richard Nelson <br> Magistrate Judge Elizabeth Cowan Wright <br><br> **DEFENDANT'S CONSOLIDATED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| WILLIAM CULVER <br><br> Plaintiff, <br> v. <br><br> ASSET MARKETING SERVICES, LLC, <br> d/b/a GOVMINT.COM, <br><br> Defendant. | Case No. 0:21-cv-01237-SRN-ECW <br><br> Judge Susan Richard Nelson <br> Magistrate Judge Elizabeth Cowan Wright |

Defendant Asset Marketing Services, LLC d/b/a GovMint.com, hereby moves the Court for an Order compelling arbitration and staying these proceedings pending the outcome of those arbitrations, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*.

Dated: August 13, 2021          **MADEL PA**

By    */s/ Mack H. Reed*
Mack H. Reed (398703)
Stephen M. Premo (393346)
Cassandra B. Merrick (396372)
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Phone: (612) 605-0630
Fax: (612) 326-9990
mreed@madellaw.com
spremo@madellaw.com
cmerrick@madellaw.com

*Attorneys for Defendant Asset Marketing Services, LLC, d/b/a GovMint.com*