# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| William Culver, William Alexander Culver, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 21-cv-1237 (DLM) |
| Asset Marketing Services, LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the claims of Plaintiff William Alexander Culver in this action are **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or attorney's fees to any party.

Date: 10/21/2024                                                                KATE M. FOGARTY, CLERK